JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL M. SILVAG, | ) | Case No. CV 14-5526-FMO (SP) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

Pursuant to the Memorandum and Order Granting Summarily Dismissing Complaint for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: March 9, 2015

/s/
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE